GARREY, WONER, HOFFMASTER & PESHEK, P.C.
The Gibraltar Building
6611 North Scottsdale Road
Scottsdale, Arizona 85250
Telephone: (480) 483-9700
Shawna M. Woner
State Bar No. 012948
swoner@gwhplaw.com

JONES TURNER, LLP
2 Venture, Suite 220
Irvine, CA 92618
Telephone: (949) 435-4100
Steven D. Turner (*Pro Hac Vice*)
CA State Bar No. 172852
sturner@jonesturner.com

Attorneys for Plaintiffs
MTD Products Inc. and Smurfit Kappa North America LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| MTD Products Inc., a Delaware Corporation; Smurfit Kappa North America LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>Kowalski Construction, Inc., an Arizona Corporation; Arizona Shoring & Bracing LLC, an Arizona Limited Liability Company,<br><br>Defendants. | No. 2:20-CV-00843-JJT<br><br>**PLAINTIFFS' PRETRIAL DISCLOSURES PURSUANT TO F.R.C.P. RULE 26(a)(3)** |

Plaintiffs MTD Products Inc. ("MTD") and Smurfit Kappa North America LLC ("Smurfit Kappa") (collectively "Plaintiffs") hereby submit the following pretrial disclosures pursuant to Federal Rules of Civil Procedure, Rule 26(a)(3).

**(i) The name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises.**

**<u>Those Plaintiffs expect to present</u>**:

1. Jim Maddox.
2. Art Garcia.
3. Alfredo Garay.
4. Alan Perez.
5. Jeff Nicholson.
6. Jeff Weber.
7. Carlos Amezquita.
8. Mike Greer.
9. Karl Ehlert.
10. Steve Nasewytewa.
11. Andrew Thoresen.
12. Ed Holdsworth.
13. Douglas R. Ward.
14. David S. Komm.

**<u>Those Plaintiffs May Call if the Need Arises</u>**:

1. Donnie Belasco.
2. Employees, representatives, and/or agents for Kowalski Construction, Inc., including Steve Kowalski, Brian Kowalski, Tony Taylor, Jason Todd and Carl Davis.
3. Employees, representatives, and/or agents for Arizona Shoring & Bracing, LLC, including Marvin Lawrence, David Jennings and Brian Tolford.
4. Peter Lofquist, P.E.

5. George Retamoza.

6. Troy Gale.

7. Guy De Young.

8. Pablo Garcia.

9. Jerry W. Campbell II.

10. Carlos Flores.

11. Dave Tamao.

12. Kevin D. Marler.

13. Mehdi Rashti, S.E.

**(ii) The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.**

1. Kevin D. Marler.

2. Mehdi Rashti, S.E.

**(iii) An identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.**

**Documents/Exhibits Plaintiffs Expect to Offer**:

1. Greer & Kirby Co., Inc.'s July 31, 2018 Report (SK-000001-42)

2. December 27, 2018 Letter from Greer & Kirby Co., Inc. to Smurfit Kappa (SK-000075-76)

3. Matson, Driscoll & Damico's December 7, 2018 Inventory Loss Report (SK-000043-74)

4. Metro Fire Equipment, Inc. Fire Sprinkler Proposal Dated June 11, 2018 (MTD-000089-92)

5. J.S. Held's Kowalski Inventory Analysis (MTD-000093-108)

6. J.S. Held's Kowalski Invoice Analysis (MTD-000109-110)

7. J.S. Held's Kowalski Estimate 18-1124-WTR-ES01 Estimate Comparison (PLTF-0280-293)

8. Continuing Subcontract Agreement between Kowalski and Arizona Shoring (MTD-000121-130)

9. Photographs (MTD-000111-112)

10. Photographs (PLTF-0064-279)

11. Photographs (PLTF-0493-650)

12. Photographs (PLTF-0377-0455)

13. Photographs (PLTF-0459-486)

14. EnviroCheck's May 22, 2018 Report (PLTF-0321-0348)

15. Kowalski Emergency Service Call Information Sheet (PLTF-0349)

16. Kowalski Job Monitoring/Inspection Sheets (PLTF-0350-0354)

17. Kowalski Water Target Moisture Readings (PLTF-0355-0374)

18. Kowalski Dry Out Sheets (PLTF-0375-376)

19. EMSL Analytical, Inc. Report (PLTF-0456-458)

20. Timeline (PLTF-0491-492)

21. Photographs (PLTF-0493-650)

22. Video (PLTF-0651)

23. David S. Komm's Report Dated April 2, 2021

24. Douglas R. Ward's Reports Dated January 4, 2021, April 2, 2021 and May 25, 2021

25. All Exhibits from the Deposition of Art Garcia

26. All Exhibits from the Deposition of Brian Kowalski

27. All Exhibits from the Deposition of Jason Todd

28. All Exhibits from the Deposition of Marvin Darren Laurence

29. All Exhibits from the Deposition of Steven Kowalski

30. All Exhibits from the Deposition of Tony Taylor

31. May 17, 2018 Email from Carl Davis to William Chant and others (PLTF-00918)

32. Gila River Fire Department – Occupancy Activity Report (PLTF-00930)

33. Gila River Fire Department – Occupancy Activity Report (PLTF-00931)

34. Kowalski estimates/contracts (MTD-000001-68, MTD000076-87, PLTF-0001-63, PLTF-0310-0318)

35. Kowalski Invoice (MTD-000088)

**<u>Documents/Exhibits Plaintiffs May Offer if the Need Arises</u>:**

1. Arizona Shoring's Activity Logs (ASB 000019-42).

2. Kowalski Contract with Smurfit Kappa and job file (MTD/Kowalski 000001-61)

3. Kowalski – TES project notes (MTD/Kowalski 000062-73)

4. Kowalski – STR project notes (MTD/Kowalski 000074-108)

5. Kowalski – job cost estimates and scope comparisons (MTD/Kowalski 000109-114)

6. Starling Madison Lofquist, Inc. inspection reports and Kowalski reconstruction estimates (MTD/Kowalski 000115-155)

7. Kowalski – billing records (MTD/Kowalski 000156-166)

8. Kowalski – budget reports (MTD/Kowalski 000167-197)

9. Kowalski – contracts (MTD/Kowalski 000198-414)

10. Kowalski – logs (MTD/Kowalski 000415-418)

11. Kowalski – invoices (MTD/Kowalski 000419-440)

12. Kowalski – signed contracts (MTD/Kowalski 000441-461)

13. Kowalski – subcontractors' estimates and materials quotes

(MTD/Kowalski 000462-501)

14. Kowalski – supplemental records (MTD/Kowalski 000502-521)

15. Kowalski – water logs (MTD/Kowalski 000522-531)

16. Kowalski – photographs of job site (MTD/Kowalski 000532-638)

17. Arizona Shoring Subcontract Agreement (MTD/Kowalski 000639-000648)

18. Certificate of Liability Insurance (MTD/Kowalski 000649-655)

19. Arch Specialty Insurance Policy (MTD/Kowalski 000656-730)

20. Subpoenaed Documents from Metro Fire (MTD/Kowalski 000731-2882)

21. Additional Kowalski Email Communications (MTD/Kowalski 002883-2948)

22. Subpoenaed Documents from Starling Madison Lofquist, Inc.

23. Arizona Shoring's Responses to Plaintiff MTD Products, Inc.'s First Set of Interrogatories

24. Arizona Shoring's Responses to Plaintiff MTD Products, Inc.'s First Request for Production of Documents and Things

25. Kowalski's Responses to Plaintiffs' Request for Interrogatories

26. Kowalski's First Supplemental Responses to Plaintiffs' Request for Interrogatories

27. Kowalski's Responses to Plaintiffs' Request for Production of Documents

28. Kowalski's First Supplemental Responses to Plaintiffs' Request for Production of Documents

29. Starling Madison Lofquist, Inc.'s August 25, 2017 Report (MTD-000113-120)

///

///

30. All exhibits from any other depositions taken in this case, including but not limited to expert depositions.

DATED this 2nd day of July 2021.

GARREY, WONER, HOFFMASTER & PESHEK, P.C.

By **/s/Shawna M. Woner**
Shawna M. Woner
The Gibraltar Building
6611 North Scottsdale Road
Scottsdale, Arizona 85250
Attorney for Plaintiffs MTD Products Inc. and Smurfit Kappa North America LLC

JONES TURNER, LLP

By **/s/ Steven D. Turner**
Steven D. Turner
2 Venture, Suite 220
Irvine, CA 92618
Attorney for Plaintiffs MTD Products Inc. and Smurfit Kappa North America LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Richard L. Righi
Marcus Tappe
RIGHI FITCH LAW GROUP, P.L.L.C.
2111 East Highland Avenue, Suite B440
Phoenix, Arizona 85016
rick@righilaw.com
marcus@righilaw.com
*Attorneys for Defendant Arizona Shoring and Bracing, LLC*

Lynn M. Allen
Leah McKeever
Tyson & Mendes, LLP
7910 East Thompson Peak Parkway, Suite 101
Scottsdale, AZ 85255
lallen@tysonmendes.com
lmckeever@tysonmendes.com
*Attorneys for Defendant Kowalski Construction, Inc.*

By: */s/Jacquelynn Dickendasher*

[86651]